UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -against-<br><br>CHARLIE MEI<br><br>                     Defendant. | 12-CR-158 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court is in receipt of Defendant Charlie Mei's letter dated January 9, 2025 at ECF No. 30. The Government is directed to respond to the submission of Mr. Mei by February 21, 2025.

Dated: January 23, 2025
       New York, New York

                                                               SO ORDERED.

                                                               JESSICA G. L. CLARKE
                                                               United States District Judge