UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHARLIE MEI

Defendant.

12-CR-158 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On January 9, 2025, *pro se* defendant Charlie Mei moved to expunge or seal his criminal conviction. Mr. Mei states that he has made substantial efforts to turn his life around, including by maintaining steady employment, furthering his education, and remaining committed to personal growth. His over a decade old criminal conviction, however, continues to hinder his employment prospects. The Government responded to Mr. Mei's request in a letter dated March 28, 2025, arguing that the Court lacks subject matter jurisdiction to consider this request. The Court agrees. In *Doe v. United States*, 833 F.3d 192 (2d Cir. 2016), the Second Circuit concluded that the district court lacks jurisdiction to grant the very relief requested here. This Court is bound by that decision. Unfortunately, the Court must deny Mr. Mei's requested relief. The Clerk of Court is respectfully directed to mail a copy of this Order, along with ECF Nos. 31, 32, 33, and 34 to Mr. Mei at 1742 76th Street, Brooklyn, NY 11214.

Dated: March 31, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge